

Oracle Applications - Buffalo Rock - Production

File Edit View Folder Tools Window Help

ORACLE

| Employee Name | SSN | Employee Number | Assignment Number | Organization |
|---|---|---|---|---|
| Amerson, Mr. Levi | 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 | 15000591 | 15000591 | TSC Marketing Equipment |

| Period Start | Period End | Payment Date | Check Number | Base Salary | Sick Hours | Vac Hours |
|---|---|---|---|---|---|---|
| 12-APR-2010 | 18-APR-2010 | 23-APR-2010 | NACHA | 13.95000 | 0 | 00 |

| Federal Filing Status | Fed Allowances | State Filing Status | State Allowances |
|---|---|---|---|
| Married | 0 | "M" Claiming $3000 Exemption (Al | 0 |

EARNINGS

| Description | Hours | Amount | Year To Date |
|---|---|---|---|
| BRC PER HRS TKN | 0.00 | 0.00 | 331.83 |
| BRC HOL HRS TKN | 0.00 | 0.00 | 223.20 |
| BRC ON CALL HOL | | 0.00 | 150.00 |
| BRC ON CALL REG | | 0.00 | 200.00 |
| BRC OVERTIME HOU | 6.62 | 92.35 | 536.01 |
| BRC TIME ENTRY W/ | 40.00 | 558.00 | 9000.65 |
| BRC OVERTIME PRE | 6.62 | 46.18 | 275.78 |

DEDUCTIONS

| Description | Amount | Year To Date |
|---|---|---|
| SIT Withheld (AL) | 19.92 | 282.78 |
| BR 401K DED | 41.79 | 618.04 |
| BR 401K WKLY LOAN | 4.40 | 74.80 |
| BR CAF PLN ADMIN F | 0.23 | 3.91 |
| BR CAF PLN INS PRE | 50.00 | 850.00 |
| BR COLONIAL CRITIL | 3.60 | 61.20 |
| BR COLONIAL UPCAN | 1.38 | 23.16 |
| BR EQUIP REPLACEM | 0.00 | 196.20 |
| BR GARNISH 2 | 0.00 | 60.51 |
| BR LONG TERM DIS | 6.34 | 107.78 |
| BR TERM LIFE PREM | 2.61 | 45.56 |
| BR UNIF RENTAL | 5.00 | 85.00 |

SUMMARIES

| | Current | Year To Date |
|---|---|---|
| Gross Pay | 696.53 | 10300.11 |
| Pre-Tax Deductions | 92.02 | 1501.95 |
| Tax Deductions | 110.04 | 1550.85 |
| Other Deductions | 23.40 | 651.51 |
| NET PAY | 471.07 | 7055.13 |

Payment Details | Rate Details | Previous Run | Next Run

Reverse Payroll Run
External/Manual Payments
Person Type Usage
School/College Attendance
Work Incidents/OSHA
Assignment Ratus
Salary

Open

This document was sent to the printer
Document name: Microsoft Word - Documents
Printer name: \\tsc_print\TSC_Payroll
Time sent: 8:56:54 AM 5/6/2010
Total pages: 1

| Employee Name | | SSN | Employee Number | Assignment Number | Organization | |
|---|---|---|---|---|---|---|
| Amerson, Mr. Levi | | 420 85 6722 | 15006591 | 15000591 | TSC Marketing Equipment | |
| Period Start | Period End | Payment Date | Check Number | Base Salary | Sick Hours | Vac Hours |
| 05 APR 2010 | 11 APR 2010 | 16 APR 2010 | JUNGSA | 1325000 | 0 | 80 |
| Federal Filing Status | | Fed Allowances | | State Filing Status | | State Allowances |
| Married | | 0 | | "31" Claiming $3000 Exemption (A) | | 0 |

| EARNINGS | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|
| Description | Hours | Amount | Year To Date | Description | Amount | Year To Date |
| BRC PER HRS TRN | 0.00 | 0.00 | 334.80 | SIT Withheld (AL) | 16.26 | 262.56 |
| BRC HOL HRS TKN | 0.00 | 0.00 | 223.20 | BR 401K DED | 37.56 | 600.25 |
| BRC ON CALL HOL | | 0.00 | 150.00 | BR CAF PLN WKLY LOAN | 4.40 | 70.40 |
| BRC ON CALL REG | | 100.00 | 200.00 | BR CAF PLN ADMIN F | 0.23 | 3.68 |
| BRC OVERTIME HOU | 0.00 | 0.00 | 113.66 | BR CAF PLN INS PRE | 50.00 | 800.00 |
| BRC TIME ENTRY W/ | 37.70 | 525.92 | 6522.65 | BR COLONIAL CRITIL | 3.60 | 57.60 |
| BRC OVERTIME PRE | 0.00 | 0.00 | 229.68 | BR COLONIAL DP/CAR | 1.38 | 22.00 |
| SUMMARIES | | Current | Year To Date | BR EQUIP REPLACEM | 0.00 | 196.20 |
| | Gross Pay | 625.92 | 10102.91 | BR GARNISH 2 | 0.00 | 69.51 |
| | Pre-Tax Deductions | 87.75 | 1499.93 | BR LONG TERM DIS | 6.31 | 101.41 |
| | Tax Deductions | 91.01 | 1478.81 | BR TERM LIFE PREM | 2.69 | 42.88 |
| | Other Deductions | 73.40 | 851.11 | BR UNIF RENTAL | 5.00 | 80.00 |
| | NET PAY | 423.72 | 6531.06 | | | |

[ Payment Details ]  [ Bala Details ]          [ Previous Run ]  [ Next Run ]

Reverse Payroll Run
External/Manual Payments
Person Type Usage
School/College Attendance
Work Incidents/OSHA
Assignment Rates
Salary

[ Open ]





ORACLE
Employee Name
Organization
TSC Marketing Equipment
Period Start
Period End
Base Salary
Sick Hours
Vac Hours
Federal Filing Status
Fed Allowances
State Filing Status
State Allowances
EARNINGS
DEDUCTIONS
Description
Hours
Amount
Year To Date
BRC HOL HRS TKN
BRC ON CALL HOL
BRC ON CALL REG
BRC OVERTIME HOD
BRC OVERTIME PRE
SUMMARIES
Current
Year To Date
Gross Pay
Pre-Tax Deductions
Tax Deductions
Other Deductions
NET PAY
BR 401K WKLY LOAN
BR COLONIAL UPCAN
BR EQUIP REPLACEM
BR GARNISH 2
BR LONG TERM DIS
BR TERM LIFE PREM
Taxes
QuickPay
Reverse Payroll Run
External/Manual Payments
Person Type Usage
School/College Attendance
Work Incidents/OSHA

File Edit View Tools Window Help

| Employee Name | SSN | Employee Number | Assignment Number | Organization |
|---|---|---|---|---|
| Lawrence, Mr. Levi | 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 | 15306691 | 15306691 | TSC Marketing Headcount |

| Period Start | Period End | Payment Date | Check Number | | Base Salary | Std Hours | Vac Hours |
|---|---|---|---|---|---|---|---|
| 15-MAR-2010 | 21-MAR-2010 | 26-MAR-2010 | ALDUA | | 11.0448 | 16 | 80 |

Payroll Freq Status: Weekly  Net Advances  Stat Filing Status  Scale Allowances
Married   0  "M" Claiming 12225 Exemption(s)   0

**EARNINGS**

| Description | Hours | Amount | Year To Date | Description | Amount | Year To Date |
|---|---|---|---|---|---|---|
| REGULAR HRS HOL | 8.00 | 171.88 | 223.29 | STC Weekly & (All) | 18.21 | 211.37 |
| ERC HOL HRS TAN | 0.00 | 0.00 | 225.10 | BR 401K DED | 39.57 | 492.91 |
| ERC ON CALL HOL | | 0.00 | 156.00 | BR 401K WKLY LOAN | 4.43 | 57.29 |
| ERC ON CALL REG | | 0.00 | 100.00 | BR CAF FLK ADMIN FE | 0.23 | 7.29 |
| ERC OVERTIME HOL | 0.00 | 0.00 | 378.33 | BR CAF FLK GVS DED | 59.06 | 519.00 |
| ERC TIME ENTRY WI | 39.25 | 547.56 | 6949.05 | BR COLONIAL CRITI | 3.68 | 48.36 |
| ERC OVERTIME PRO | 0.00 | 0.00 | 107.33 | BR COLONIAL UPCAN | 1.38 | 17.34 |
| **EARNINGS** | | Current | Year To Date | BR EGRP REM (ACEM) | 19.63 | 156.96 |
| Gross Pay | | 609.56 | 8213.41 | BR GARNISH 2 | 0.00 | 68.20 |
| Pre-Tax Deductions | | 88.00 | 1115.00 | BR LONG TERM DIS | 6.31 | 82.43 |
| Tax Deductions | | 100.36 | 1202.45 | BR TERM LIFE PREM | 2.66 | 31.64 |
| Other Deductions | | 37.82 | 521.27 | BR UNIF DENTAL | 7.24 | 55.00 |
| NET PAY | | 428.38 | 5343.77 | | | |

[Payment Details]  [Cost Details]  [Balances]  [Messages]

Taxes
QuickPay
Reverse Payroll Run
External Manual Payment
Person Type Usage
School/College Attendance
Work Incident/OSHA

[Balances]

[OK]



ORACLE